UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **COOPER (KUNSHAN) TIRE CO., LTD. AND COOPER TIRE & RUBBER CO.,** | |
|       Plaintiffs, | |
| **ITG VOMA CORP.,** | |
|       Plaintiff-Intervenor, | |
| and | |
| **VOGUE TYRE & RUBBER CO.,** | |
|       Consolidated Plaintiff, | Before: Timothy M. Reif, Judge |
| v. | Consol. Court No. 20-00113 |
| **UNITED STATES,** | |
|       Defendant, | |
| and | |
| **THE UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INT'L UNION, AFL-CIO, CLC,** | |
|       Defendant-Intervenor. | |

## **JUDGMENT**

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now in conformity with that opinion, it is hereby

**ORDERED** that the Final Results of Redetermination Pursuant to Court Remand are SUSTAINED;

**ORDERED** that judgment is entered for defendant; and it is further

**ORDERED** that the entries subject to the statutory injunction issued in this matter shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e).

        /s/     Timothy M. Reif
        Timothy M. Reif, Judge

Dated:     December 8, 2022
        New York, New York